UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ESTHER AYOKUNMI ANDERSON, | ) | CASE NO. 1:26-cv-01867 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*Pro se* Plaintiff Esther Ayokunmi Anderson seeks an order from this Court compelling the adjudication of her N-400 Application for Naturalization. (Doc. 1.) As alleged, her application has remained pending beyond the agency's 120 adjudication period. (*Id*. at PageID # 2.) The relief sought includes compelling Defendants to "immediately take all actions necessary to adjudicate Plaintiff's pending N-400 application within 45 days of this Order." (*Id*. at PageID # 6.)

Defendants responded by seeking an order of remand to United States Citizenship and Immigration Services ("USCIS") for the agency to re-interview Plaintiff and proceed with the adjudication of her pending N-400 Application for Naturalization. (Doc. 7.) Defendants will "schedule an interview on the pending N-400 application to be conducted within 45 days of the Court granting the remand," with "a decision no later than 30 days from the date of the interview," provided no additional information is required from the Plaintiff. In the event additional information is needed, Defendants will issue a decision "within 30 days after receipt of the Plaintiff's response . . . ." (*Id*. at PageID # 43.) The timeline is contingent on Plaintiff providing timely responses to USCIS requests for scheduling and additional information. (*Id*.)

Because Defendants' response provides the relief sought (albeit with the reasonable request for an additional 30 days or so to allow Defendants to re-interview Plaintiff and request supplemental information), and because awaiting a response from Plaintiff will simply delay adjudication by USCIS, the Court hereby REMANDS this matter to USCIS for the reasons stated by Defendants. (S*ee* Doc. 7.) USCIS is ORDERED to adjudicate the matter in the manner and within the timeframes represented to the Court. (*See* Doc. 7 at PageID # 43.) Failure to comply with this Order may result in sanctions, as appropriate. This remand is without prejudice.

**IT IS SO ORDERED.**

Date: October 9, 2026

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE